# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

| | |
|---|---|
| JOSE CORONADO, | |
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | CASE NUMBER: 1:10at0238 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this __6th__ day of __April__, __2010__.

/s/ Dennis L. Beck
Signature of Judicial Officer

Dennis L. Beck, U.S. Magistrate Judge
Name and Title of Judicial Officer