1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            EASTERN DISTRICT OF CALIFORNIA
8                  FRESNO DIVISION
9

| | |
|---|---|
| JOSE JESUS CORONADO,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | CASE NO.1:10-cv-0594-AWI-SKO<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is September 22, 2010.  The new due date will be October 22, 2010.  The scheduling order should be modified accordingly.

Dated: 09/09/2010                 /s/ Sengthiene Bosavanh

                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

Dated: 09/09/2010                 BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /S/KATHRYN REEVES WATSON
                                  (as authorized via e-mail)
                                  KATHRYN REEVES WATSON
                                  Special Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, it is ORDERED that Plaintiff shall file his confidential brief **by no later than October 22, 2010**. All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

**Dated:** 09/14/2010                    **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE