# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS CORONADO, | CASE NO. 1:10-cv-00594-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S APPLICATION FOR AN AWARD OF ATTORNEY'S FEES BE GRANTED** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **(Docket No. 21, 25)** |
| Defendant. | |

On April 19, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's application for an award of attorney's fees be granted in the amount of $7,286.65.  (Doc. 25.)  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 19, 2012, are ADOPTED IN FULL;

2. Plaintiff's application for an award of attorney's fees pursuant to the Equal Access to Justice Act is GRANTED in the amount of $7,286.65; and

3. Plaintiff shall be paid in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

Dated:   May 17, 2012   _____

CHIEF UNITED STATES DISTRICT JUDGE

2